■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK A. BETANCOURT, Appellant. [41 NYS3d 428]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Orange County (Berry, J), imposed March 23, 2015, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Finnegan*, 112 AD3d 847 [2013]; *People v Gil*, 109 AD3d 484 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BOND, Appellant. [41 NYS3d 431]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1996 (*People v Bond*, 227 AD2d 412 [1996], *affd* 90 NY2d 877 [1997]), affirming a judgment of the Supreme Court, Queens County, rendered July 17, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Miller, Hinds-Radix and Duffy, JJ., concur.